## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

David M Laz
                Plaintiff,

v.                                       Case No.: 1:18−cv−05620
                                       Honorable Edmond E. Chang

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2018:

    MINUTE entry before the Honorable Edmond E. Chang: Parties are to follow Bankruptcy Rule 8009 designations for bankruptcy appeal. Briefing schedule is set as follows: 09/18/2018 for Appellant to file the opening brief; 10/30/2018 for Appellee's response; and 11/14/2018 for Appellant's reply. Page limits, as set forth in the case management procedures, are 35 for principal briefs and 15 pages for the reply. Status hearing set for 10/04/2018 at 10:00 AM.Emailed and mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.