# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

David M Laz
                          Plaintiff,

v.
                                        Case No.: 1:18−cv−05620
                                        Honorable Edmond E. Chang

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Counsel for the Appellee did not appear. As discussed during the hearing, at the Court's prompting, the Appellant (who is a retired attorney) may file a supplement to his opening brief to further address Rooker−Feldman, but the supplement is due 10/11/2018 and is limited to 5 pages. Status hearing set for 12/19/2018 at 9:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.